## VAUGHN *v.* ESTES.

LITTLE, J.   1. Grounds of a motion for a new trial containing recitals of fact, but not verified in any manner by the trial judge, can not be considered.

2. The evidence warranted the verdict, and there was no error in denying a new trial. · *Judgment affirmed. All the Justices concurring.*

Submitted June 27, — Decided July 18, 1898.

Ejectment.   Before Judge Gober.   Forsyth superior court. August term, 1897.

*R. P. Lester* and *H. H. Perry,* for plaintiff in error. *H. L. Patterson,* contra.

---

## · PAULK *v.* MAYOR AND ALDERMEN OF SYCAMORE.

COBB, J.   This case is controlled by the decision of this court in the case of *Paulk* v. *Sycamore*, this day rendered.   104 *Ga.* 728.
*Judgment affirmed. All the Justices concurring.*

Argued April 21, — Decided July 18, 1898.

Certiorari.   Before Judge Smith.   Irwin superior court. February 24, 1898.

*W. A. Hawkins* and *Thomson & Whipple,* for plaintiff in error.   *J. H. Martin* and *Thomas Eason,* contra.